IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RIKEA FARROW,

    Plaintiff,

v.

PA DEPARTMENT OF EDUCATION,

    Defendant.

NO. 2:16-CV-01360

District Judge Arthur J. Schwab
Magistrate Judge Lisa Pupo Lenihan

ECF No. 5

## **MEMORANDUM ORDER**

Plaintiff's pro se Complaint was delivered to the clerk of courts for the Western District of Pennsylvania on September 2, 2016. (ECF No. 1.) The Complaint was filed that same day and referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules of Court.

The Magistrate Judge's Report and Recommendation (ECF No. 5) filed on December 14, 2016, recommended that the Plaintiff's Complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) because the action is frivolous, fails to state a claim upon which relief may be granted, and because it seeks monetary relief against a defendant who is immune from such relief. Service was made on the pro se Plaintiff at her address of record. Plaintiff was informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2, she had fourteen (14) days from the date of service to file objections to the Report and Recommendation. No objections were filed.

After review of the pleadings, and the documents in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this 5th day of January 2017, it is hereby **ORDERED** that Plaintiff's Complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) because the action is frivolous, fails to state a claim upon which relief may be granted, and seeks monetary relief against a defendant who is immune from such relief.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 5) of Magistrate Judge Lenihan, dated December 14, 2016, is adopted as the Opinion of the Court.

The clerk shall mark the case **CLOSED.**

BY THE COURT

_____
Arthur J. Schwab
United States District Judge

cc: Rikea Farrow
1320 Halser Pl.
Pittsburgh, PA 15212